① 08CR 669

JUDGE DER-YEGHIAYAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MAGISTRATE JUDGE ASHMAN

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   **NO X**   **YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO X**   **YES ☐**   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   **NO X**   **YES ☐**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO X**   **YES ☐**   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO X**   **YES ☐**

6) What level of offense is this indictment or information?   **FELONY X**   **MISDEMEANOR ☐**

7) **Does this indictment or information involve eight or more defendants?**   **NO ☐**   **YES X**

8) **Does this indictment or information include a conspiracy count?**   **NO ☐**   **YES X**

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | | | |
   |---|---|---|
   | ☐ Homicide .............. (II) | ☐ Income Tax Fraud ............ (II) | ☐ DAPCA Controlled Substances .... (III) |
   | ☐ Criminal Antitrust (II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses .... (IV) |
   | ☐ Bank robbery ............ (II) | ☐ Other Fraud ............ (III) | ☐ Immigration Laws .............. (IV) |
   | ☐ Post Office Robbery ...... (II) | ☐ Auto Theft ............ (IV) | ☐ Liquor, Internal Revenue Laws ..... (IV) |
   | ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities .. (III) | ☐ Food & Drug Laws .............. (IV) |
   | ☐ Assault ................ (III) | ☐ Forgery ............ (III) | ☐ Motor Carrier Act ............... (IV) |
   | ☐ Burglary ............... (IV) | ☐ Counterfeiting ............ (III) | ☐ Selective Service Act ............ (IV) |
   | ☐ Larceny and Theft ....... (IV) | ☐ Sex Offenses ............ (II) | ☐ Obscene Mail ............ (III) |
   | ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ............ (III) | X Other Federal Statutes ........... (III) |
   | ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ............ (III) | ☐ Transfer of Probation Jurisdiction .. (V) |

10) List the statute of each of the offenses charged in the indictment or information.

    Title 18 United States Code Sections 201 and 371

FILED
8-21-08
AUG 21 2008 TC

Emily Allen, DOJ Antitrust
Assistant United States Attorney

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

(Revised 12/99)