Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 669 - 6 | **DATE** | 8/27/2008 |
| **CASE TITLE** | USA vs. Northern Reconstruction Organization | | |

**DOCKET ENTRY TEXT**

Arraignment held. The Court hereby appoints Federal Defender Panel attorney Kent Carlson to represent the defendant. Defendant pleads not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 11/07/08. Status hearing set for 11/19/08 at 9:30 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 11/19/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. Bench Warrant issued as to this Defendant is hereby quashed. (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | maw |
|---|---|---|